UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| ADVANCED INTERVENTIONAL PAIN & DIAGNOSTICS OF WESTERN ARKANSAS, LLC, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEDICH, INC. d/b/a Life Care Supplies<br><br>Defendant. | Case No.: 2:20-cv-10055-DPH-MJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Advanced Interventional Pain & Diagnostics of Western Arkansas, LLC, files this Notice of Voluntary Dismissal of its claims with prejudice against Defendant Nedich, Inc. d/b/a Life Care Supplies.

Dated: March 20, 2020          Respectfully submitted,

**CARNEY BATES & PULLIAM, PLLC**

**By:** */s/ Randall K. Pulliam*
Randall K. Pulliam
rpulliam@cbplaw.com
519 West 7th St.
Little Rock, AR 72201
Telephone: 501-312-8500
Facsimile: 501-312-8505

**MICHAEL S. CAFFERTY & ASSOCIATES, PC**
Michael S. Cafferty (P36613)
333 W. Fort St. Ste. 1400
Detroit, MI 48226
Telephone: 313-628-4717

**RAINWATER, HOLT & SEXTON**
Bob Sexton (*pro hac vice pending*)
801 Technology Dr.
Little Rock, AR 72223
Telephone: 501-868-2500

*Counsel for Plaintiff and Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2020, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic filing to all counsel of record.

                By: */s/ Randall K. Pulliam*
                      RANDALL K. PULLIAM