UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Advanced Interventional Pain &
Diagnostics of Western Arkansas, LLC**

   **Plaintiff,**         Case No. 20-10055

  vs.            HON. DENISE PAGE HOOD

**NEDICH, Inc.,**

   **Defendant.**
_____/

## ORDER DISMISSING CASE

Plaintiff filed a Notice of Voluntary Dismissal on March 20, 2020 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly,

IT IS ORDERED that this action is DISMISSED without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i).

              s/Denise Page Hood
              United States District Judge

DATED: June 26, 2021